UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ZARQUIS FEHRMAN,

        Defendant.

2:12-CR-252-JCM-(VCF)

**SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 18, 2013, defendant ZARQUIS FEHRMAN pled guilty to Count One of a Three-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Plea Agreement, ECF No. 32; Change of Plea Minutes, ECF No. 33.

This Court finds defendant ZARQUIS FEHRMAN agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and the Plea Agreement. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Plea Agreement, ECF No. 32; Change of Plea Minutes, ECF No. 33.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and the Plea Agreement and the offense to which

. . .

defendant ZARQUIS FEHRMAN pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 16; Plea Agreement, ECF No. 32; Change of Plea Minutes, ECF No. 33.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. An Imez, .380 caliber semi-automatic firearm, bearing serial number BEH9811;
2. A Glock model 19, 9mm handgun, bearing serial number DEM367 in a holster;
3. A Glock model 22C, .40 caliber pistol, bearing serial number FEN909, with an extended magazine; and
4. Any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ZARQUIS FEHRMAN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED March 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Second Amended Preliminary Order of Forfeiture on March 19, 2013, by the below identified method of service:

CM/ECF:

William C. Carrico
Monique N. Kirtley
Federal Public Defenders
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
william_carrico@fd.org
monique_kirtley@fd.org
*Attorneys for Zarquis Fehrman*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist